UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GEORGE D. SEELA,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:09-CV-3005-CL<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |
| PENNSYLVANIA LIFE INSURANCE COMPANY,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>GEORGE D. SEELA,<br><br>    Counter-Defendant. | |

A Stipulation for Dismissal with Prejudice having duly and regularly come before this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed

Hans A. Mitchell
OSB No. 96366
CAREY PERKINS LLP
P.O. BOX 519
BOISE, IDAHO 83701
(208) 345-8600

ORDER FOR DISMISSAL WITH PREJUDICE - 1

1 | with prejudice and without costs and attorney fees to any party.

2 | DATED this 14 day of April, 2010.

3

4

5 | By _____
Honorable Owen M. Panner

6

7

8 | CLERK'S CERTIFICATE OF SERVICE

9 | I HEREBY CERTIFY that on this ___ day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent
10 | a Notice of Electronic Filing to the following CM/ECF Registered Participants:

11 | George D. Seela         [ ]  CM/ECF System
     P.O. Box 1092           [X]  U.S. Mail, postage prepaid
12 | Lapine, Oregon 97739    [ ]  Hand-Delivered
                             [ ]  Overnight Mail
13 |                         [ ]  Facsimile:

14

     Hans A. Mitchell        [X]  CM/ECF System
15 | Carey Perkins LLP       [ ]  U.S. Mail, postage prepaid
     PO Box 519              [ ]  Hand-Delivered
16 | Boise, Idaho 83701-0519 [ ]  Overnight Mail
                             [ ]  Facsimile:

17

18

19 | _____

20

21

22

23

24 |                                                                  Hans A. Mitchell
                                                                      OSB No. 96366
25 |                                                                  CAREY PERKINS LLP
                                                                      P.O. BOX 519
                                                                      BOISE, IDAHO 83701
26 |                                                                  (208) 345-8600

ORDER FOR DISMISSAL WITH PREJUDICE - 2